# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>J. SANTOS GOMEZ-ZARCO,<br><br>　　　　　　　　　　Defendant. | Case No. 15CR1623-GPC<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>OCT - 9 2015<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or
__ a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

　　8 USC 1326(a),(b)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 10/9/2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. GONZALO P. CURIEL
　　　　　　　　　　　　　　　　　　United States District Judge